IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-100-FL

| | |
|---|---|
| NANCY LEE KNOWLES, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

For good cause having been shown upon the Motion by Defendant, it is hereby

ORDERED that the Defendant be allowed up to and including July 20, 2015, to respond to Plaintiff's Complaint.

This 22nd day of May, 2015.

_____
LOUISE W. FLANAGAN
United States District Court Judge